UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
JUL 23 2021
AT LEXINGTON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 5:21-CR-85-DCR

CHRISTOPHER BRIAN GOODWIN

* * * * *

**THE GRAND JURY CHARGES:**

### Background

1.   At all relevant times, the Defendant, **CHRISTOPHER BRIAN GOODWIN**, was employed as a correctional officer with the Bureau of Prisons (BOP) at the Federal Medical Center in Lexington (FMC Lexington), a BOP Facility in Fayette County, Kentucky, within the Eastern District of Kentucky.

2.   At all relevant times, employees of the BOP were responsible for conducting themselves in compliance with federal, state, and local laws, including the United States Constitution.

3.   At all relevant times, employees of the BOP were responsible for the safety, health, and well-being of persons detained by, or in the custody of, FMC Lexington.

4.   At all relevant times, B.A., T.M., L.D., L.M., and J.E., all individuals known to the Grand Jury, were inmates at FMC Lexington.

5.   Paragraphs 1 through 5 are incorporated by reference into the following

Counts 1 through 13.

## COUNT 1
## 18 U.S.C. § 242
Deprivation of Rights Under Color of Law

Between on or about September 16 and September 20, 2019, in Fayette County, in the Eastern District of Kentucky,

**CHRISTOPHER BRIAN GOODWIN,**

while acting under color of law, willfully deprived B.A. of the right, secured and protected by the Constitution and laws of the United States, not to be subjected to cruel and unusual punishment, by causing his penis to have contact with B.A.'s mouth and vulva without B.A.'s consent. This conduct resulted in bodily injury and included aggravated sexual abuse and attempted aggravated sexual abuse, all in violation of Title 18, United States Code, Section 242.

## COUNT 2
## 18 U.S.C. § 2241(a)
Aggravated Sexual Abuse by Force or Threat

Between on or about September 16 and September 20, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly cause and attempt to cause B.A. to engage in a sexual act, that is, causing his penis to have contact with the mouth and vulva of B.A. by using force against B.A. and by placing B.A. in fear that B.A. would be subjected to death, serious bodily injury, and kidnapping, in violation of Title 18, United States Code, Section 2241(a).

## COUNT 3
## 18 U.S.C. § 2244(a)(4)
Abusive Sexual Contact

On one or more occasions, between on or about September 1 and September 15, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in sexual contact, by using his hand to grab the buttocks and breasts of B.A., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4).

## COUNT 4
## 18 U.S.C. § 2244(a)(4)
Abusive Sexual Contact

On one or more occasions, between on or about April 26, 2019 and September 30, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in sexual contact, by using his hand to grab the breasts, buttocks, groin, and genitalia of T.M., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4).

## COUNT 5
## 18 U.S.C. § 2243(b)
Sexual Abuse of a Ward

Between on or about August 1, 2019 and September 30, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the mouth of T.M., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 6
## 18 U.S.C. § 2243(b)
Sexual Abuse of a Ward

Between on or about August 1, 2019 and September 30, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the mouth of L.D., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 7
### 18 U.S.C. § 2244(a)(4)
### Abusive Sexual Contact

On one or more occasions, between in or around July 2019 and October 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in sexual contact, by using his hand to grab the buttocks and breasts of L.D., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4).

## COUNT 8
### 18 U.S.C. § 2244(a)(4)
### Abusive Sexual Contact

In or around July 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in sexual contact, by using his hand to grab the groin of L.D., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4).

## COUNT 9
### 18 U.S.C. § 2244(a)(4)
### Abusive Sexual Contact

In or around September 2019, in Fayette County, in the Eastern District of

Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in sexual contact, by placing his exposed penis on the clothed shoulder of L.D. and instructing her to put it in her mouth; at the time, L.D. was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4).

### COUNT 10
### 18 U.S.C. § 2244(a)(4)
Abusive Sexual Contact

Between on or about April 1, 2019, and May 21, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in sexual contact, by using his hand to grope the buttocks and breasts of L.M., who was at that time in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4).

### COUNT 11
### 18 U.S.C. § 2243(b)
Sexual Abuse of a Ward

Between on or about April 1, 2019, and May 21, 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in a sexual act, that is, he caused his penis to have contact with the mouth of L.M., who was at that time in official detention and under the custodial,

supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2243(b).

## COUNT 12
## 18 U.S.C. § 2244(a)(4)
Abusive Sexual Contact

On one or more occasions, between in or around July 2019 and August 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

did knowingly engage in sexual contact, by grabbing and smacking the buttocks of J.E. with his hand and rubbing J.E.'s breasts; at the time, J.E. was in official detention and under the custodial, supervisory, and disciplinary authority of the Defendant, all in violation of Title 18, United States Code, Section 2244(a)(4).

## COUNT 13
## 18 U.S.C. § 1791(a)(1)

From in or around April 2019, the exact date unknown, and continuing through in or around October 2019, in Fayette County, in the Eastern District of Kentucky, within the boundaries of FMC Lexington, a Federal prison,

**CHRISTOPHER BRIAN GOODWIN,**

in violation of a statute, rule, and order issued under a statute, knowingly provided a prohibited object, that is, cigarettes, an object that threatens the order, discipline, and security of a prison, and that threatens the life, health, and safety of an individual, to

inmates at FMC Lexington, all in violation of Title 18, United States Code, Sections 1791(a)(l) and (b)(5).

**A TRUE BILL**

███████████████

**FOREPERSON**

_____
**CARLTON S. SHIER, IV**
**ACTING UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**  Imprisonment for up to one year, a fine of not more than $100,000, and supervised release of not more than 1 year.

If bodily injury results or allegations includes a dangerous weapon, a statutory maximum of 10 years in prison, a fine of not more than $250,000, and supervised release of not more than 3 years.

If violation includes aggravated sexual abuse or kidnapping, then any term of years or life imprisonment, a fine of not more than $250,000, and supervised release of not more than 5 years.

**COUNT 2:**  Maximum of life imprisonment, a fine of not more than $250,000, and supervised release of not more than 5 years.

**COUNTS 5, 6, 11:**  Imprisonment for not more than 15 years, a fine of not more than $250,000, and supervised release of not more than 3 years.

**COUNTS 3-4, 7-10, 12:**  Imprisonment for not more than 2 years, a fine of not more than $250,000, and supervised release of not more than 1 year.

**COUNT 13:**  Imprisonment for not more than 6 months, a fine of not more than $5,000, and supervised release of not more than 1 year.

**PLUS:**  Mandatory special assessments of $100 per count.

**PLUS:**  Restitution, if applicable