UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – LIMITED RE-ARRAIGNMENT AND PLEA

Case No.  5: 21-CR-085-DCR     At:  Lexington     Date:  May 27, 2022

USA v. Christopher Brian Goodwin    X  present    ___ custody   X  bond   X  OR    Age  46

DOCKET ENTRY: Defendant appeared with counsel in this matter and proceedings were held as noted. This matter was scheduled for hearing upon motion of the parties for the purpose of correcting an error in the original plea agreement that was tendered during the re-arraignment hearing held March 4, 2022. The error related to the term of supervised release regarding counts 5, 6 and 11. The defendant was placed under oath and questioned by the Court. After reviewing the correct penalty provisions, the defendant advised his plea of guilty remains unchanged. The Court accepted the defendant's acknowledgement to the additional increased penalty for supervised release for counts 5, 6 and 11. The amended binding plea agreement shall be filed in the record.

PRESENT:  HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Lisa Moore | Linda Mullen | none | Tashena Fannin/Kate Smith |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorney |

Counsel for Deft    William Daniel Carman       X  present    X  retained    ___ appointed

PROCEEDINGS:  RE-ARRAIGNMENT and GUILTY PLEA

X    Copy of Indictment previously given to Defendant.

X    Defendant states true name is Christopher Brian Goodwin.

___   Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.  ___ Indictment read.

X    AMENDED BINDING PLEA AGREEMENT filed with the Court.

___   The Jury Trial previously canceled as to this defendant.

X    The transcript shall be deemed the written findings of the Court.

___   Court orders Presentence Report, with copies to be furnished to counsel and Defendant, pursuant to Rule 32, F.R.Cr.P.

X    The Defendant to remain on bond under current 3143(a)(1) conditions of release previously imposed by the Court.

X    This case remains scheduled for sentencing hearing on **Friday, June 10, 2022,** at **1:00 p.m.**, at Lexington, Kentucky for sentencing before Chief U.S. District Judge Danny C. Reeves, subject to intervening orders.

Copies: COR, USP, USM, D, JC

Initials of Deputy Clerk   lkm
TIC: /15