UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION AT LEXINGTON
CRIMINAL MINUTES – SENTENCING

Case No.  5: 21-CR-085-DCR     At: Lexington     Date: June 10, 2022

USA vs. Christopher Brian Goodwin     X  present  ___ custody  X  bond  X  OR   Age ___

**DOCKET ENTRY:** The Court adopts the findings and guideline calculations set out in the Presentence Report ("PSR"). The PSR shall be filed in the record under seal. The government's oral motion for a third-level reduction for acceptance credit is **SUSTAINED**. Additionally, the government's motion to dismiss remaining counts of the indictment is **SUSTAINED**, effective upon entry of the Judgment. After review of the PSR and discussion with counsel, the Court determined the term of incarceration agreed to by the parties in the binding plea agreement is appropriate and accepted. The Court determined that the government did not provide the defendant with proper notice of the $5,000 JVTA assessment pursuant to 18 U.S.C. § 3014 and declined to impose the $5,000 assessment for the reasons stated on the record. The issue of restitution has been deferred pursuant to 18 U.S.C. § 3664(d)(5). The Court will make a final determination at the restitution hearing scheduled for August 15, 2022. The parties were advised of their appellate rights.

PRESENT:   HON. DANNY C. REEVES, CHIEF U. S. DISTRICT JUDGE

| Lisa Moore | Elaine Haberer | none | Tashena Fannin/Kate Smith |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Assistant U.S. Attorneys |

Counsel for Defendant  William Daniel Carman   X  present   X  retained   ___ appointed

**PROCEEDINGS: SENTENCING** (non-evidentiary)

_____   Objections to Presentence Report.

  X     No objection to Presentence Report.

  X     After the fourteen-day period has passed for filing a notice of appeal, counsel for the defendant is directed to file a notice with the Court confirming that he has again conferred with the defendant regarding his appellate rights and, if the defendant chooses not to file a notice of appeal, indicating such in the notice. If a notice of appeal is filed, counsel need not file this information with the Court.

_____   The Court Reporter shall transcribe the proceeding of the hearing on the Objections to the Presentence Report and file in the record.

_____   Court's Advice of Right to Appeal provided to defendant.

  X     Transcript shall be deemed as written findings of Court.

  X     Judgment shall be entered (See Judgment & Commitment.)

  X     Defendant shall remain on conditions of release and shall **SELF-REPORT** no later than **2:00 p.m.**, on **MONDAY, JULY 11, 2022**, to the facility designated by Bureau of Prisons.

  X     Restitution hearing scheduled for **Monday, August 15, 2022**, at the hour of **9:00 a.m.** at Lexington, Kentucky, subject to intervening orders.

2

Copies: COR, USP, USM

Initials of Deputy Clerk: lkm
TIC: /50