UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 5: 21-085-DCR |
| V. | ) ) | |
| CHRISTOPHER GOODWIN, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Defendant Christopher Goodwin was recently arrested for violating the conditions of his release. After the issuance and execution of an arrest warrant, a person alleged to have violated his conditions of release shall be brought before the Court for a hearing. 18 U.S.C. § 3148(b). Accordingly, it is hereby

**ORDERED** that this matter shall be scheduled for a hearing on **Thursday, July 28, 2022**, beginning at the hour of **1:00 p.m.**, at the United States Courthouse in Lexington, Kentucky.

Dated: July 26, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky