(EDKY-234)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY

**CRIMINAL MINUTES-GENERAL**

Lexington   Case No: 5:21-CR-085-DCR   at: Lexington   Date: July 28, 2022

PRESENT: HON. DANNY C. REEVES, CHIEF U.S. DISTRICT JUDGE

| Lisa Moore | Elaine Haberer | none | Tashena A. Fannin |
|---|---|---|---|
| Deputy Clerk | Court Reporter | Interpreter | Asst. U.S. Attorney |

DEFENDANT:                          ATTORNEY FOR DEFENDANT:

Christopher Brian Goodwin           William Daniel Carman
(custody)                           (CJA)

PROCEEDINGS:  BOND VIOLATION HEARING

This matter was called for hearing on the government's motion to revoke Defendant Goodwin's bond. [Record No. 50] Counsel and defendant were present as noted. United States Probation Officer Glenn Collins also was present. Based on arguments of counsel, the factors outlined in 18 U.S.C.§ 3143, and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The government's motion to revoke defendant's bond [Record No. 50] is **SUSTAINED**. The defendant has not provided clear and convincing evidence that he will not flee or present a danger to persons in the community if released (or allowed to remain on conditions of release). The Court further finds that the defendant has not established that there is a substantial question of law that is raised or could be raised in any appeal that would result in reversal, an order for a new trial, or sentence that does not include a term of imprisonment.

2. The prior Order of Release entered July 30, 2021, [Record No. 15] is **REVOKED**. The Order entered July 5, 2022, [Record No. 46] extending Defendant's self-report date until September 15, 2022, is **SET ASIDE**.

3. To allow his presence and participation in the upcoming hearing, the defendant is remanded to the custody of the United States Marshal with instructions that he be held at a local facility pending completion of the restitution hearing which is currently scheduled for August 15, 2022, and subject to intervening orders. Following resolution of restitution issues, the defendant may be transferred and remanded to BOP custody.

Dated:  July 28, 2022.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky

Copies: USM,USP,COR
Deputy Clerk lkm

| **TIC:** | | 22 |
|---|---|---|

1